

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-31-2006

# Lakeside Resort Entr v. Bd Supv Palmyra Twp

Precedential or Non-Precedential: Precedential

Docket No. 05-1163

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Lakeside Resort Entr v. Bd Supv Palmyra Twp" (2006). *2006 Decisions*. Paper 487.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/487

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  05-1163
_____

LAKESIDE RESORT ENTERPRISES, LP;
LAKESIDE WATERS EDGE, INC.;
PAUPACK HOLDING, INC.;
LAKESIDE WATER SYSTEM, INC.;
EDWIN, INC.; MARK GAWRON;
MARCELLA GAWRON;
GERALD GAWRON; JEROME GAWRON,

Appellants

v.

BOARD OF SUPERVISORS OF PALMYRA TOWNSHIP;
PALMYRA TOWNSHIP

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 01-cv-01238)
District Judge: Honorable Richard Caputo

_____

Argued March 7, 2006

Before: AMBRO and STAPLETON, <u>Circuit Judges</u>,
STAGG,[*] <u>District Judge</u>

(Opinion filed:  July 20, 2006)

**ORDER  AMENDING  PUBLISHED  OPINION**

AMBRO, *Circuit Judge*

_____

[*]Honorable Tom Stagg, Senior District Judge for the Western District of
Louisiana, sitting by designation.

IT IS NOW ORDERED that the published Opinion in the above case filed July 20, 2006, be amended as follows:

On page 5, note 4, third line, replace "4(a)(4)(B)(I)" with 4(a)(4)(B)(i)".

On page 6, first two lines, replace:
> We also "exercise plenary review over the question of whether the district court applied an incorrect legal standard."

with:
> We also exercise "'plenary review over questions of statutory construction.'"

On page 11, last paragraph, fourth line, delete quotation marks around "intended or designed".

On page 12, note 8, third line, replace "occupancy . . . as a" with occupancy as . . . a".

On page 15, first full paragraph, ninth line, insert "they" between "showed that" and "treated it".

By the Court,


/s/ Thomas L. Ambro, Circuit Judge


Dated: August 31, 2006